[No. 10809-1-III.   Division Three.   August 6, 1991.]

SHARON E. BOROSKI, *Appellant,* v. GONZAGA UNIVERSITY,
*Respondent.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 88-2-04138-0, Larry M. Kristian-
son, J., entered March 7, 1990. *Affirmed* by unpublished

opinion per Shields, J., concurred in by Green, C.J., and Munson, J.